

# THE ATTORNEY GENERAL
## OF TEXAS

AUSTIN 11, TEXAS

GERALD C. MANN
XXXXXXXXXXXXXXSON
ATTORNEY GENERAL

January 24, 1939

Hon. W. Lee O'Daniel
Governor of Texas
Austin, Texas

Dear Governor:

                                    Opinion No. O-193
                                    Re: Legality of suspension of
                                        statutes by resolution

This Department is in receipt of your letter of the 23rd instant, re-
questing an opinion  as to the legality of a proposed resolution suspending
the operation of certain statutes.

The  statutes referred to were passed by bills in compliance with Section
30 of Article 3 of the State Constitution, which prohibits the passage of
any law except by bill.

The Supreme Court of this State, in the case of City of San Antonio vs.
Micklejohn, 33 S. W. 735, 89 Tex. 79, states that a law may not be repealed
by a resolution, and that "the act which destroys should be of equal dignity
with that which establishes."

We, therefore, advise that the resolution, if passed, would not have the
legal effect of suspending the statutes referred to, but that the repeal or
suspension of these statutes must be by bill.

                        Yours respectfully,

                    ATTORNEY GENERAL OF TEXAS

                    s/ A. S. Rollins


                    By
                        A. S. Rollins
                            Assistant

ASR:PBP

Approved
s/ GERALD C. MANN
ATTORNEY GENERAL OF TEXAS